UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON JAMAR LOFLAND,

    Petitioner,                    Case No. 2:18-CV-13006
                                          HONORABLE VICTORIA A. ROBERTS
v.                                       UNITED STATES DISTRICT JUDGE

CONNIE HORTON,

    Respondent,
_____/

## JUDGMENT

This matter came before the Court on a Petition for Writ of Habeas Corpus.

In accordance with the Memorandum Opinion and Order entered on May 24, 2019:

    (1) The Petition for Writ of Habeas Corpus is DENIED WITH PREJUDICE.

    (2) A Certificate of Appealability is DENIED.

    (3) Petitioner is GRANTED leave to appeal *In Forma Pauperis*.

IT IS ORDERED.

Dated at Detroit, Michigan, this 24th day of May, 2019.

                                                          DAVID J. WEAVER
                                                          CLERK OF THE COURT

**APPROVED:**

                                                          BY: S/ Linda Vertriest
                                                          DEPUTY CLERK

s/ Victoria A. Roberts
HON. VICTORIA A. ROBERTS
UNITED STATES DISTRICT JUDGE